```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 04567
    ANTHONY JACKSON SR
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY
         Debtor
    SSN XXX-XX-2378

--------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
    The case was filed on 02/10/2005 and was confirmed 03/24/2005.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors   26.73%.

    The case was paid in full 04/07/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                            PAID          PAID
--------------------------------------------------------------------------
UNION AUTO SALES           SECURED            1000.00        32.60       1000.00
UNION AUTO SALES           UNSECURED OTH      3531.60          .00        944.10
CAVALRY PORTFOLIO SERVIC   UNSECURED          8594.81          .00       2297.65
AMERICREDIT                NOTICE ONLY       NOT FILED         .00           .00
CAPITAL ONE BANK           UNSECURED OTH       510.42          .00        134.68
CITY OF CHICAGO PARKING    UNSECURED OTH      3890.00          .00       1039.76
CITY OF CHICAGO PARKING    NOTICE ONLY       NOT FILED         .00           .00
COLE TAYLOR BANK           UNSECURED         NOT FILED         .00           .00
COMMONWEALTH EDISON        UNSECURED OTH       849.41          .00        229.83
CROSS COUNTRY BANK         UNSECURED         NOT FILED         .00           .00
EMC MORTGAGE CORP          UNSECURED         NOT FILED         .00           .00
FIRST NATIONAL BANK OF M   UNSECURED         NOT FILED         .00           .00
MAGAZINE SWEEPSTATES LTD   UNSECURED         NOT FILED         .00           .00
PEOPLES GAS LIGHT & COKE   UNSECURED OTH       497.40          .00         74.61
PEOPLES ENERGY             NOTICE ONLY       NOT FILED         .00           .00
AMERITECH                  UNSECURED         NOT FILED         .00           .00
SBC AMERITECH              NOTICE ONLY       NOT FILED         .00           .00
ILLINOIS SECRETARY OF ST   NOTICE ONLY       NOT FILED         .00           .00
TCF BANK & SAVINGS         UNSECURED         NOT FILED         .00           .00
T-MOBILE BANKRUPTCY        UNSECURED OTH       188.14          .00         49.64
T MOBILE                   NOTICE ONLY       NOT FILED         .00           .00
PEOPLES GAS LIGHT & COKE   FILED LATE         4310.99          .00           .00
CITY OF CHICAGO WATER DE   SECURED NOT I         .00           .00           .00
PETER FRANCIS GERACI       DEBTOR ATTY        2,700.00                   2,700.00
TOM VAUGHN                 TRUSTEE                                        497.14
DEBTOR REFUND              REFUND                                         353.95

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                            RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                      9,353.96

                    PAGE  1 - CONTINUED ON NEXT PAGE
           CASE NO. 05 B 04567 ANTHONY JACKSON SR
```

```
PRIORITY                                                               .00
SECURED                                                           1,000.00
     INTEREST                                                        32.60
UNSECURED                                                         4,770.27
ADMINISTRATIVE                                                    2,700.00
TRUSTEE COMPENSATION                                                497.14
DEBTOR REFUND                                                       353.95
                                       ---------------     ---------------
TOTALS                                        9,353.96            9,353.96
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
     Dated: 09/11/08               _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE




                              PAGE   2
          CASE NO. 05 B 04567 ANTHONY JACKSON SR